IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 06 129T |
| | ) | Cr. No. |
| v. | ) | In Violation of |
| | ) | 18 U.S.C. § 2113(a) |
| ROBERT T. AUDETTE | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about August 18, 2006, in the District of Rhode Island, the Defendant, ROBERT T. AUDETTE, by intimidation, took from the person and presence of another money, namely approximately $5,186.00 (five thousand, one hundred, and eighty-six dollars), belonging to and in the care, custody, control, management, and possession of Bank of Newport, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. § 2113(a).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 11-8-06