AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

Case Number: CR 06-129T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Robert Audette

I certify that I am admitted to practice in this court.

11-14-06

Date

[signature]

Signature

~~10 W~~ Edward C. Roy Jr. 3529

Print Name Bar Number

10 WEYBOSSET STREET

Address

PROVIDENCE RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number