# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

RECEIVED

NOV 08 2006

US MARSHALS
RHODE ISLAND

***Case No. CR 06-129T***

***To:*** ***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **ROBERT T. AUDETTE,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:30 o'clock a.m.**, on the **14th** day of **November, 2006,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I her[illegible] that
I c[illegible]
[illegible]
[illegible] ordered.

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: November 8, 2006.

David A. DiMarzio, Clerk

By ***Martha Saucier - Deputy Clerk***

Arraignment