UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR No. 06-129 T |
| ROBERT AUDETTE | : | |

**NOTICE OF INTENT TO PLEAD GUILTY**

NOW comes the defendant, Robert Audette, and notifies this Honorable Court of his intention to plead guilty to the within indictment. The defendant has been fully advised of his right to trial, the rights associated with a trial and the implications of changing his plea to guilty and desires to plead guilty.

ROBERT AUDETTE,
BY HIS ATTORNEY,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
ASSISTANT FEDERAL DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

**CERTIFICATION**

I hereby certify that I served a copy of the within to James H. Leavey, AUSA on the 20th day of December, 2006 by way of ECF case filing.

/s/ Edward C. Roy, Esquire