# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR06-129T***

*To:* ***Warden***
***ACI***
***Cranston, RI 02920***

JAN 04 2007

YOU ARE HEREBY COMMANDED, to have the **body** of **Robert Audette**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:00 o'clock a.m.**, on the 16th day of **January, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: January 3, 2007.

David A. DiMarzio, Clerk

Change of Plea Hearing

*By* ______________________
*Ryan Jackson - Deputy Clerk*