IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 06-129-T
vs. )
)
ROBERT AUDETTE )

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Terrence P. Donnelly, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Robert Audette, CR06-129T. Assistant United States Attorney James H. Leavey, who was originally assigned this case, is being withdrawn.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U.S. Attorney
RI Bar #3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
e-mail:terrence.donnelly@usdoj.gov

## CERTIFICATE OF SERVICE

On this _______ day of February, 2007, I caused the within Notice of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Edward C. Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

/s/TERRENCE P. DONNELLY
TERRENCE P. DONNELLY
Assistant U.S. Attorney
RI Bar #3506
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
e-mail:terrence.donnelly@usdoj.gov